Daniel Johnson Jr. (No. 57409)
Mario Moore (No. 231644)
Robert G. Litts (No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone:    (415) 604-4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Sean P. DeBruine (No. 168071)
1259 El Camino Real, Suite 406
Menlo Park, CA 94025
Telephone: (650) 269-9140
sean@debruinelaw.com

Attorneys for Plaintiff
IPSILIUM LLC

Sarah E. Piepmeier (SBN 227094)
Sarah A. Piazza (SBN 293626)
Elise S. Edlin (SBN 293756)
Andrew T. Ohlert (SBN 306443)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
sarah.piepmeier@kirkland.com
sarah.piazza@kirkland.com
elise.edlin@kirkland.com
andrew.ohlert@kirkland.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IPSILIUM LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.<br><br>    Defendant. | Case No.  4-17-cv-07179-HSG (DMR)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Ipsilium LLC ("Ipsilium") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, "the Parties") hereby jointly stipulate and agree as follows, subject to the approval of the Court, to extend the deadline to complete mediation:

WHEREAS, under the June 29, 2018 Joint Stipulation and Order to Extend Deadlines (Dkt. No. 46) the deadline for the parties to complete mediation was extended one week, from August 31, 2018 to the current deadline of September 7, 2018; and

WHEREAS, Cisco served its Response Damages Contentions on August 22, 2018, the parties recently made their claim construction disclosures under Pat. L.R. 4-3, and they will file a Joint Claim Construction Statement on August 30, 2018; and

WHEREAS, the parties and the court-appointed mediator, Vicki Veenker, have scheduling conflicts between August 30 and September 7, 2018; and

WHEREAS, the parties believe that the mediation process would be more effective if they have additional time to consider each other's claim construction and damages positions; and

WHEREAS, the parties have discussed the requested extension with Ms. Veenker, who supports this stipulation; and

WHEREAS, the parties and Ms. Veenker have agreed to hold a mediation session on October 10, 2018;

NOW, THEREFORE, the parties hereby stipulate and request the Court to Order that the deadline for completion of mediation be extended from September 7, 2018 to **October 12, 2018.** No other deadlines will be affected by this change.

DATED: August 28, 2018

By */s/ Sean P. DeBruine*
Sean P. DeBruine (No. 168071)

Attorney for Plaintiff
IPSILIUM, LLC

By */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier (No. 227094)

*Attorney for Defendant*
CISCO SYSTEMS, INC.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | DATED: 8/30/2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge

Joint Stipulation and [Proposed] Order        Case No. 4-17-cv-07179-HSG (DMR)
to Extend Mediation Deadline