Daniel Johnson Jr. (No. 57409)
Mario Moore (No. 231644)
Robert G. Litts (No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone:     (415) 604-4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Sean P. DeBruine (No. 168071)
1259 El Camino Real, Suite 406
Menlo Park, CA 94025
Telephone: (650) 269-9140
sean@debruinelaw.com

Attorneys for Plaintiff
IPSILIUM LLC

Sarah E. Piepmeier (SBN 227094)
Sarah A. Piazza (SBN 293626)
Elise S. Edlin (SBN 293756)
Andrew T. Ohlert (SBN 306443)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
sarah.piepmeier@kirkland.com
sarah.piazza@kirkland.com
elise.edlin@kirkland.com
andrew.ohlert@kirkland.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IPSILIUM LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC.<br><br>        Defendant. | Case No. 4-17-cv-07179-HSG (DMR)<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Ipsilium LLC ("Ipsilium") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, "the Parties") hereby jointly stipulate and agree as follows, subject to the approval of the Court, to extend the deadline to complete mediation:

WHEREAS, under the June 29, 2018 Joint Stipulation and Order to Extend Deadlines (Dkt. No. 46) the deadline for the parties to complete mediation was extended one week, from August 31, 2018 to the current deadline of September 7, 2018; and

WHEREAS, the parties previously stipulated, and the Court approved an extension of the mediation deadline until October 12, 2018; and

WHEREAS, the parties scheduled a mediation session with Vicki Veenker, the court-appointed mediator for October 10, 2018, and

WHEREAS, on October 9, 2018 Ms. Veenker informed the parties that, due to a medical issue she could not conduct the mediation on October 10 nor later that week; and

WHEREAS, Ms. Veenker is not available to mediate this matter prior to the November 28, 2018 Claim Construction Tutorial; and

WHEREAS, Ms. Veenker informed the parties that she had contacted the Court's ADR program director and was told that another mediator would be recommended for appointment in Ms. Veenker's place, but to date the parties have not been contacted by the ADR unit;

NOW, THEREFORE, the parties hereby stipulate and request the Court to Order that the deadline for completion of mediation be extended from October 12, 2018 to November 21, 2018. No other deadlines will be affected by this change.

DATED: October 15, 2018

By */s/ Sean P. DeBruine*
Sean P. DeBruine (No. 168071)

Attorney for Plaintiff
IPSILIUM, LLC

By */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier (No. 227094)

*Attorney for Defendant*
CISCO SYSTEMS, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: 10/17/2018

4  Hon. Haywood S. Gilliam, Jr.
   United States District Judge