| | |
|---|---|
| 1 | Daniel Johnson Jr. (No. 57409) |
| | Mario Moore (No. 231644) |
| 2 | Robert G. Litts (No. 205984) |
| | James A. Glenn (*pro hac vice*) |
| 3 | DAN JOHNSON LAW GROUP, LLP |
| | 400 Oyster Point Blvd., Suite 321 |
| 4 | South San Francisco, CA 94080 |
| | Telephone: (415) 604-4500 |
| 5 | dan@danjohnsonlawgroup.com |
| | mario@danjohnsonlawgroup.com |
| 6 | robert@danjohnsonlawgroup.com |
| | james@danjohnsonlawgroup.com |

Sean P. DeBruine (No. 168071)
1259 El Camino Real, Suite 406
Menlo Park, CA 94025
Telephone: (650) 269-9140
sean@debruinelaw.com

Attorneys for Plaintiff
IPSILIUM LLC

Sarah E. Piepmeier (SBN 227094)
Elise S. Edlin (SBN 293756)
Andrew T. Ohlert (SBN 306443)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
sarah.piepmeier@kirkland.com
sarah.piazza@kirkland.com
elise.edlin@kirkland.com
andrew.ohlert@kirkland.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IPSILIUM LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS, INC.<br><br>　　　　Defendant. | Case No. 4-17-cv-07179-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>Hon. Haywood S. Gilliam, Jr. |

1     Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Cisco Systems, Inc. ("Cisco") and Plaintiff Ipsilium LLC ("Ipsilium") (collectively, "the Parties") hereby jointly stipulate and agree, subject to the approval of the Court, to briefly extend two briefing deadlines as shown in the table below:

    WHEREAS, Ipsilium attached both a redacted version (Dkt. No. 77-3) and a sealed version (Dkt. No. 77-4) of its Motion for Leave to Amend Infringement Contentions to its Administrative Motion to File Under Seal (Dkt. No. 77), which it filed on Friday, April 5, 2019;

    WHEREAS, the Clerk instructed Ipsilium to re-file the redacted version (Dkt. No. 77-3) of its Motion for Leave to Amend Infringement Contentions using the appropriate event on Monday, April 8, 2019, and Ipsilium did so that day (Dkt. No. 79);

    WHEREAS, the Clerk instructed Ipsilium to notice its Motion for Leave to Amend Infringement Contentions (Dkt. Nos. 77-3, 77-4, 79) on Tuesday, April 9, 2019 (Dkt. No. 81), and Ipsilium did so that day (Dkt. No. 83);

    WHEREAS, on Wednesday, April 10, 2019, the Court continued the noticed hearing on Ipsilium's Motion for Leave to Amend Infringement Contentions (Dkt. Nos. 77-3, 77-4, 79) from May 16, 2019 to May 22, 2019 (Dkt. No. 87);

    WHEREAS, the Parties wish to clarify the briefing schedule given the multiple filings initiating this motion and noticing the hearing;

    WHEREAS, the Parties jointly stipulate and agree, subject to the approval of the Court, that the briefing deadlines on Ipsilium's Motion for Leave to Amend Infringement Contentions (Dkt. Nos. 77-3, 77-4, 79) shall be briefly extended as set forth in the table below;

    WHEREAS, the Parties agree that these brief extensions will not affect any other deadline in the case;

    NOW THEREFORE, the Parties hereby stipulate and request that the Court extend the deadlines as follows:

| Action | Original Deadline | Proposed Deadline |
|---|---|---|
| Cisco's Opposition to Motion for Leave to Amend | 4/22/19 | 4/24/19 |
| Ipsilium's Reply in Support of Motion for Leave to Amend | 4/29/19 | 5/2/19 |

1

Joint Stipulation and Order                                                   Case No. 4-17-cv-07179-HSG
to Extend Deadlines

| | |
|---|---|
| DATED: April 12, 2019 | By: */s/ Sarah E. Piepmeier* <br> Sarah E. Piepmeier (No. 227094) <br> *Attorney for Defendant* <br> CISCO SYSTEMS, INC. <br><br> By: */s/ Robert G. Litts* <br> Robert G. Litts (No. 205984) <br> *Attorney for Plaintiff* <br> IPSILIUM, LLC |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

| | |
|---|---|
| DATED: April 12, 2019 | */s/ Sarah E. Piepmeier* <br> Sarah E. Piepmeier |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| DATED: April 12, 2019 | *Haywood S. Gilliam Jr.* <br> Hon. Haywood S. Gilliam, Jr. <br> United States District Judge |