Daniel Johnson Jr. (No. 57409)
Mario Moore (No. 231644)
Robert G. Litts (No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone:   (415) 604-4500
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Sean P. DeBruine (No. 168071)
1259 El Camino Real, Suite 406
Menlo Park, CA 94025
Telephone: (650) 269-9140
sean@debruinelaw.com

Attorneys for Plaintiff
IPSILIUM LLC

Sarah E. Piepmeier (SBN 227094)
Sarah A. Piazza (SBN 293626)
Elise S. Edlin (SBN 293756)
Andrew T. Ohlert (SBN 306443)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
sarah.piepmeier@kirkland.com
sarah.piazza@kirkland.com
elise.edlin@kirkland.com
andrew.ohlert@kirkland.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IPSILIUM LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.<br><br>　　　　　Defendant. | Case No.  4-17-cv-07179-HSG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO SUSPEND DEADLINES**<br><br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Ipsilium LLC ("Ipsilium") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, "the Parties") hereby jointly stipulate and agree as follows, subject to the approval of the Court, to suspend certain deadlines currently in effect in this matter:

WHEREAS, the Parties have discussed terms under which all claims and counterclaims in this matter will be resolved and are negotiating a final agreement; and

WHEREAS, the Parties desire to avoid potentially unnecessary time and expense while they attempt to conclude a final agreement; and

WHEREAS, pursuant to the Parties' Stipulation, Dkt. No. 89, the deadline for Ipsilium to file and serve its Reply Brief in support of its Motion for Leave to Serve Amended Infringement Contentions is Thursday May 2, 2019; and

WHEREAS, the hearing on Ipsilium's Motion for Leave to Serve Amended Infringement Contentions is scheduled for Thursday, May 22, 2019 (Dkt. No. 87);

NOW, THEREFORE, the parties hereby stipulate and request the Court to Order that the foregoing deadlines be taken off calendar pending the outcome of the parties' settlement discussions. No other deadlines will be affected by this change.

DATED: May 2, 2019

By */s/ Sean P. DeBruine*
Sean P. DeBruine (No. 168071)

Attorney for Plaintiff
IPSILIUM, LLC

By */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier (No. 227094)

*Attorney for Defendant*
CISCO SYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __5/6/2019__

Hon. Haywood S. Gilliam, Jr.
United States District Judge