Daniel Johnson Jr. (No. 57409)
Mario Moore (No. 231644)
Robert G. Litts (No. 205984)
DAN JOHNSON LAW GROUP, LLP
400 Oyster Point Blvd., Suite 321
South San Francisco, CA 94080
Telephone:    (415) 604-4500
Facsimile:    (415) 604-4438
dan@danjohnsonlawgroup.com
mario@danjohnsonlawgroup.com
robert@danjohnsonlawgroup.com

Sean P. DeBruine (No. 168071)
1259 El Camino Real, Suite 406
Menlo Park, CA 94025
Telephone: (650) 269-9140
Facsimile:  (650) 485-2584
sean@debruinelaw.com

Attorneys for Plaintiff
IPSILIUM LLC

Sarah E. Piepmeier (SBN 227094)
Sarah A. Piazza (SBN 293626)
Elise S. Edlin (SBN 293756)
Andrew T. Ohlert (SBN 306443)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
sarah.piepmeier@kirkland.com
sarah.piazza@kirkland.com
elise.edlin@kirkland.com
andrew.ohlert@kirkland.com

Attorneys for Defendant
CISCO SYSTEMS, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IPSILIUM LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Case No. 4:17-cv-07179-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CLAIMS AND COUNTERCLAIMS** |

Pursuant to Fed. R. Civ. P. 41 and Civ L.R. 7-12, Plaintiff Ipsilium LLC ("Ipsilium") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, "the Parties") hereby jointly stipulate and agree as follows, subject to the approval of the Court, to dismiss their claims and counterclaims against each other:

WHEREAS, the Parties have agreed to resolve this action pursuant to a confidential Settlement Agreement; and

WHEREAS, Ipsilium desires to dismiss the causes of action stated in its First Amended Complaint (Dkt. No. 15) with prejudice; and

WHEREAS, Cisco consents to the dismissal with prejudice of Ipsilium's First Amended Complaint and agrees to dismiss its counterclaims raised in its Amended Answer to Ipsilium LLC's First Amended Complaint, Affirmative Defenses and Counterclaims (Dkt. No. 30);

WHEREAS, Ipsilium consents to the dismissal of Cisco's counterclaims;

NOW, THEREFORE, the parties hereby stipulate and request the Court to Order that the causes of action stated in Ipsilium's First Amended Complaint be dismissed with prejudice and that Cisco's counterclaims stated in its Answer to First Amended Complaint and Counterclaims be dismissed with prejudice.

DATED: June 27, 2019

By */s/ Sean P. DeBruine*
Sean P. DeBruine (No. 168071)

Attorney for Plaintiff
IPSILIUM, LLC

By */s/ Sarah E. Piepmeier*
Sarah E. Piepmeier (No. 227094)

*Attorney for Defendant*
CISCO SYSTEMS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: <u>6/28/2019</u>

Hon. Haywood S. Gilliam, Jr.
United States District Judge